Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. A. P. Pujo* for petitioner.  No appearance for respondent.

---

,No. 833. J. I. CASE PLOW WORKS ET AL., PETITIONERS, *v.* BRYANT & BOND COMPANY.  May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. F. M. Etheridge* and *Mr. J. M. McCormick* for petitioners.  No appearance for respondent.

---

No. 837. CENTRAL OF GEORGIA RAILWAY COMPANY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Henry C. Cunningham, Mr. Alexander R. Lawton, Mr. T. M. Cunningham, Jr.,* and *Mr. R. E. Steiner* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents

---

No. 838. THE WESTERN RAILWAY OF ALABAMA, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert E. Steiner* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 841. SOUTH AND NORTH ALABAMA RAILROAD COMPANY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL.  May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth

Circuit denied. *Mr. Albert S. Brandeis, Mr. Gregory L. Smith, Mr. Henry L. Stone* and *Mr. George W. Jones* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 842. NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Albert S. Brandeis, Mr. Gregory L. Smith, Mr. Henry L. Stone* and *Mr. George W. Jones* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 843. LOUISVILLE & NASHVILLE RAILROAD COMPANY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Albert S. Brandeis, Mr. Gregory L. Smith, Mr. Henry L. Stone* and *Mr. George W. Jones* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 845. CENTRAL TRUST COMPANY OF NEW YORK, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Adrian H. Joline* for petitioner    *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 849. CORNELL STEAMBOAT COMPANY, OWNER, ETC., PETITIONER, *v.* WILLIAM K. HAMMOND ET AL. May 17, 1909.